UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LAWERENCE BELL, | : | |
| | : | Civ. No. 15-5497 (RBK) |
| Petitioner, | : | |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| PATRICK NOGAN, | : | |
| | : | |
| Respondent. | : | |

Petitioner is a state prisoner currently incarcerated at the East Jersey State Prison in Rahway, New Jersey.  He is proceeding *pro* se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The petition did not include an application to proceed *in forma pauperis* nor did it include a prepaid $5.00 filing fee.  Thus, this case will be administratively closed. Petitioner shall be given an opportunity to reopen this action should he so choose.

Accordingly, IT IS this  16th   day of  July,  2015,

ORDERED that the Clerk shall administratively terminate this case for petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; and it is further

ORDERED that if petitioner wishes to reopen this action, he shall notify the Court within thirty (30) days of the date of entry of this Order, in writing; petitioner's writing shall include either:  (1) a complete *in forma pauperis* application, including a certified statement of petitioner's institutional account as required by Local Civil Rule 81.2(b); or (2) the $5.00 filing fee; and it is further

ORDERED that the Clerk shall serve a copy of this Order and a blank form application to proceed *in forma pauperis* by a prisoner in a habeas corpus case on petitioner by regular U.S. mail.

s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge