UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
LAWRENCE BELL,                                                          :
                                                                                           :
        Petitioner,                                                    :       Civ. No. 15-5497 (RBK)
                                                                                           :
     v.                                                                              :
                                                                                           :       **MEMORANDUM AND ORDER**
PATRICK NOGAN, et al.,                                                :
                                                                                           :
        Respondents.                                                :
_____ :

      Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 13, 2015, respondents were ordered to file a response to the habeas petition within forty-five (45) days. That Order to Answer was served on respondents by regular U.S. mail. Respondents did not respond in any fashion whatsoever to the Court's August 13, 2015 Order to Answer.

      Accordingly, IT IS this   5th   day of  October,  2015,

      ORDERED that respondents shall show cause within twenty-one (21) days of the date of this Order why the habeas petition should not be granted; and it is further

      ORDERED that the Clerk shall serve this Order, the Order to Answer (Dkt. No. 3) and the habeas petition (Dkt. No. 1) on respondents by certified mail, return receipt requested; and it is further

      ORDERED that respondents' failure to respond to this Order to Show Cause within twenty-one (21) days of the date of this Order may result in sanctions and a personal appearance may be required.

                                                                     s/Robert B. Kugler
                                                                     ROBERT B. KUGLER
                                                                     United States District Judge