UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LAWRENCE BELL, | : | |
| Petitioner, | : | Civ. No. 15-5497 (RBK) |
| v. | : | |
| | : | **MEMORANDUM AND ORDER** |
| PATRICK NOGAN, et al., | : | |
| Respondents. | : | |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 13, 2015, this Court entered an order which ordered the respondents to answer the habeas petition within forty-five days. Having not received a response from the respondents within that time period, this Court issued an order to show cause on October 6, 2015. That order ordered the respondents to show cause within twenty-one days why the habeas petition should not be granted.

On October 22, 2015, this Court received respondents' response to the order to show cause. Respondents state that they never received this Court's order to answer that was entered on August 13, 2015. Furthermore, respondents request an additional sixty days in which to respond to the habeas petition.

Good cause being found, this Court will grant respondents' request for an extension of time to file a response to the habeas petition.

Accordingly, IT IS this  29th  day of  October,  2015,

ORDERED that respondents' request for an extension of time to file a response to the habeas petition (Dkt. No. 7) is granted; and it is further

ORDERED that respondents shall file and serve their response to the habeas petition on or before December 22, 2015; and it is further

ORDERED that the Clerk shall serve this Memorandum Order on petitioner by regular U.S. mail.

<u>s/Robert B. Kugler</u>
ROBERT B. KUGLER
United States District Judge
